FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANG MIN KIM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MATTHEW CATE, Secretary CDCR, et al.,<br><br>　　　　Respondents. | Case No. CV 12-00037 GAF (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [36]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

Based on its review, the Court finds the Objections reiterate arguments made in the First Amended Petition, and those arguments were correctly rejected in the R&R. Additionally, as to Petitioner's insufficient evidence claims, he has used his Objections to continue his efforts to re-try his case by highlighting evidence ostensibly favorable to the defense and attempting to contradict inferences drawn by the jury. The Court, therefore, reiterates the finding in the R&R that a reviewing court "faced with a record of historical facts that supports conflicting inferences must presume - even if it does

not affirmatively appear in the record - that the trier of fact resolved any such conflicts in favor of the prosecution, and must defer to that resolution." *Jackson v. Virginia*, 443 U.S. 307, 326, 99 S. Ct. 2781 (1979).

IT IS ORDERED that:

1. The Objections are overruled and the Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 27, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE