FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY smy         DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SANG MIN KIM, | Case No. CV 12-00037 GAF (AN) |
|     Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, Secretary CDCR, et al., | |
|     Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 27, 2013

*/s/ Gary Feess/*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy         DEPUTY